JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LANORA EAST

          Plaintiff,

      v.

FCA US LLC, ET AL.,

          Defendant.

Case No. 2:23-cv-05996-JLS-PD

**JUDGMENT**

      Plaintiff Lanora East accepted Defendant FCA US, LLC's Offer of Judgment pursuant to Fed. R. Civ. P. 68 on August 31, 2023.

      Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $120,285.60 pursuant to the terms of the Rule 68 Offer.

      **IT IS SO ORDERED.**

DATE: <u>September 28, 2023</u>

                                      _____

HON. JOSEPHINE L. STATON
U.S. DISTRICT COURT JUDGE